# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **WESLEY ALLEN CROSS GUNS, JR.,** <br><br> **Defendant.** | **CR 13-52-GF-BMM** <br><br><br> **ORDER** |

Upon unopposed motion of the United States and for good cause shown,

    IT IS ORDERED that the Petition for Warrant for Offender Under Supervision (Doc. 153) is DISMISSED.

    IT IS FURTHER ORDERED that the defendant shall continue the 30-month term of supervised release imposed on January 4, 2016 (Doc. 128). In addition to the conditions of supervised release listed in that Judgment (Doc. 128), the defendant shall be transported to the Great Falls Pre-Release Center on December 16, 2016, and the defendant shall reside at the Great Falls Pre-Release Center for a

1

period of six months.

DATED this 15th day of December, 2016.

/s/ John Johnston
John Johnston
United States Magistrate Judge